WILLLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@thelawoffices.com
www.thelawoffices.com

Attorney for Dustin Cassady

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-00044-JAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING THE STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | ) | |
| DUSTIN CASSADY, | ) | Date: September 6, 2011 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Dept: The Hon. John A. Mendez |

With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Matthew Morris, Assistant United States Attorney, attorney for the plaintiff, that the status hearing scheduled for September 6, 2011 at 9:30 a.m. be continued until the 25th of October, 2011 at 9:30 a.m.

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

In addition, the parties stipulate that the time between September 6, 2011 and October 25, 2011 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare.

**IT IS SO STIPULATED.**

Dated: September 2, 2011 /s/ William J. Portanvoa

William J. Portanova
Attorney at Law

Dated: September 2, 2011 /s/ Matthew G. Morris

Matthew G. Morris
Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-00044-JAM |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER CONTINUING THE STATUS CONFERENCE HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| DUSTIN CASSADY, | ) ) | |
| Defendant. | ) ) | |

For the reasons set forth in the stipulation of the parties filed on September 2, 2011, and for good cause shown, IT IS HEREBY ORDERED that the status hearing set for September 6, 2011, be vacated and that the case be set for a status conference on October 25, 2011, at 9:30 a.m.

The Court finds that the ends of justice to be served by the continuance outweigh the interests of the public and the defendant in a speedy trial. Accordingly it is ORDERED that, for the reasons set forth in the parties' stipulation, the time between September 6, 2011 and October 25, 2011, be excluded under the Speedy Trial Act, 18 U.S.C. section 3161(h)(7)(B)(iv), and local code T4, due to the need to provide defense counsel with reasonable time to prepare.

DATED: September 2, 2011 /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com