WILLLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@thelawoffices.com

Attorney for Dustin Cassady

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-00044-JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND PROPOSED** |
| | ) | **ORDER CONTINUING THE STATUS** |
| v. | ) | **HEARING AND EXCLUDING TIME** |
| | ) | **UNDER THE SPEEDY TRIAL ACT** |
| DUSTIN CASSADY, | ) | |
| | ) | Date:   December 6, 2011 |
| Defendant. | ) | Time:   9:30 a.m. |
| _____ | ) | Dept:   The Hon. John A. Mendez |

        With the Court's permission, it is hereby stipulated between the parties, William J.
Portanova, counsel for the defendant herein, and Matthew G. Morris, Assistant United States
Attorney, attorney for the plaintiff, that the status hearing scheduled for December 6, 2011 at
9:30 a.m. be continued until the 31st of January, 2012 at 9:30 a.m.

///

///

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com

1    In addition, the parties stipulate that the time between December 6, 2011 and January

2   31, 2012 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and

3   local code T4 to give counsel time to prepare.  The parties stipulate that the ends of justice to be

4   served by granting the continuance outweigh the best interests of the public and the defendant in

5   a speedy trial.

6

7   **IT IS SO STIPULATED.**

8

9   DATED:  December 1, 2011                    /s/ William J. Portanvoa

10                                              _____

11                                              WILLIAM J. PORTANOVA
                                                Attorney for Dustin Cassady

12

13  DATED:  December 1, 2011                    /s/ Matthew G. Morris

14                                              _____

15                                              MATTHEW G. MORRIS
                                                Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )     Case No. 2:11-cr-00044-JAM
                                   )
            Plaintiff.             )
                                   )
      v.                           )     **ORDER CONTINUING THE STATUS**
                                   )     **CONFERENCE HEARING AND**
                                   )     **EXCLUDING TIME PURSUANT TO**
DUSTIN CASSADY,                    )     **THE SPEEDY TRIAL ACT**
                                   )
            Defendant.             )
_____   )

For the reasons set forth in the stipulation of the parties filed on December 1, 2011, and for good cause shown, IT IS HEREBY ORDERED that the status hearing set for December 6, 2011, be vacated and that the case be set for a status conference on January 31, 2012, at 9:30 a.m.

The Court finds that the ends of justice to be served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial. Accordingly it is ORDERED that, for the reasons set forth in the parties' stipulation, the time between December 6, 2011 and January 31, 2012, be excluded under the Speedy Trial Act, 18 U.S.C. section 3161(h)(7)(B)(iv), and local code T4, due to the need to provide defense counsel with reasonable time to prepare.


DATED:  12/1/2011                        /s/ John A. Mendez_____

                                         THE HON. JOHN A. MENDEZ
                                         United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com