| | |
|---|---|
| 1 | WILLIAM J. PORTANOVA, State Bar No. 106193 |
| 2 | Attorney at Law |
| | 400 Capitol Mall, Suite 1100 |
| 3 | Sacramento, CA 95814 |
| | Telephone: (916) 444-7900 |
| 4 | Fax: (916) 444-7998 |
| | Portanova@TheLawOffices.com |
| 5 | |
| 6 | Attorney for Dustin Cassady |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-00044-JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER CONTINUING THE STATUS** |
| v. | ) | **HEARING AND EXCLUDING TIME** |
| | ) | **UNDER THE SPEEDY TRIAL ACT** |
| DUSTIN CASSADY, | ) | |
| | ) | Date: April 10, 2012 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Dept: The Hon. John A. Mendez |

With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Matthew G. Morris, Assistant United States Attorney, attorney for the plaintiff, that the status hearing scheduled for April 10, 2012 at 9:30 a.m. be continued until the 15th of May, 2012 at 9:30 a.m.

///
///
///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

In addition, the parties stipulate that the time between April 10, 2012 and May 15, 2012 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare.  The parties stipulate that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED:  April 10, 2012				/s/ William J. Portanova
						_____
						WILLIAM J. PORTANOVA
						Attorney for Dustin Cassady

DATED:  April 10, 2012				/s/ Matthew G. Morris
						_____
						MATTHEW G. MORRIS
						Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-cr-00044-JAM |
| Plaintiff. ) | |
| v. ) | **ORDER CONTINUING THE STATUS CONFERENCE HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| DUSTIN CASSADY, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties filed on April 10, 2012, and for good cause shown, IT IS HEREBY ORDERED that the status hearing set for April 10, 2012, be vacated and that the case be set for a status conference on May 15, 2012, at 9:30 a.m.

The Court finds that the ends of justice to be served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial. Accordingly it is ORDERED that, for the reasons set forth in the parties' stipulation, the time between April 10, 2012 and May 15, 2012, be excluded under the Speedy Trial Act, 18 U.S.C. section 3161(h)(7)(B)(iv), and local code T4, due to the need to provide defense counsel with reasonable time to prepare.

DATED: April 10, 2012                    /s/ John A. Mendez

                                          THE HON. JOHN A. MENDEZ
                                          United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com