| | |
|---|---|
| 1 | WILLIAM J. PORTANOVA, State Bar No. 106193 |
| 2 | Attorney at Law |
| | 400 Capitol Mall, Suite 1100 |
| 3 | Sacramento, CA 95814 |
| | Telephone: (916) 444-7900 |
| 4 | Fax: (916) 444-7998 |
| 5 | Portanova@TheLawOffices.com |

Attorney for Dustin Cassady

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-00044-JAM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER CONTINUING JUDGMENT** |
| v. | ) | **AND SENTENCING** |
| | ) | |
| DUSTIN CASSADY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant Dustin Cassady, by and through his attorney, William J. Portanova, hereby stipulate that the date of defendant's sentencing, now set for August 28, 2012, at 9:30 a.m. be continued to September 18, 2012, at 9:30 a.m. and that the following schedule for disclosure of the Pre-Sentence Report and the filing of objections be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | September 18, 2012 |
| Reply, or Statement of Non-Opposition: | August 28, 2012 |
| Motion for Correction of Pre-Sentence Report: | August 21, 2012 |
| Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel: | August 14, 2012 |

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel: | August 7, 2012 |
| Pre-Sentence Report Shall be Disclosed to Counsel: | July 24, 2012 |

This brief continuance is necessary so that the parties can continue to address certain matters concerning the Pre-Sentence Report.

**IT IS SO STIPULATED.**

Dated: July 13, 2012 /s/ William J. Portanova

_____
WILLIAM J. PORTANOVA
Attorney for Dustin Cassady

Dated: July 13, 2012 /s/ Matthew G. Morris

_____
MATTHEW G. MORRIS
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 7/16/2012 /s/ John A. Mendez
THE HON. JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com