WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Dustin Cassady

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-cr-00044-JAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER CONTINUING JUDGMENT** |
| v. ) | **AND SENTENCING** |
| ) | |
| DUSTIN CASSADY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant Dustin Cassady, by and through his attorney, William J. Portanova, hereby stipulate that the date of defendant's sentencing, now set for September 18, 2012 at 9:30 a.m. be continued to October 2, 2012 at 9:30 a.m. and that the following schedule for disclosure of the Pre-Sentence Report and the filing of objections be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | October 2, 2012 |
| Reply, or Statement of Non-Opposition: | September 25, 2012 |
| Motion for Correction of Pre-Sentence Report: | September 18, 2012 |
| Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel: | September 11, 2012 |

| | |
|---|---|
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel: | September 4, 2012 |

This brief continuance is necessary so that the parties can continue to address certain matters concerning the Pre-Sentence Report.

**IT IS SO STIPULATED.**

Dated: August 28, 2012 /s/ William J. Portanova

_____
WILLIAM J. PORTANOVA
Attorney for Dustin Cassady

Dated: August 28, 2012 /s/ Matthew G. Morris

_____
MATTHEW G. MORRIS
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 8/27/2012 /s/ John A. Mendez_____
THE HON. JOHN A. MENDEZ
United States District Court Judge