1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
3  Sacramento, CA 95814
   Telephone: (916) 444-7900
4  Fax: (916) 444-7998
   Portanova@TheLawOffices.com
5

6
   Attorney for Dustin Cassady
7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   )   Case No. 2:11-cr-00044-JAM
                                 )
12 |         Plaintiff,           )   **STIPULATION AND**
                                 )   **ORDER CONTINUING JUDGMENT**
13 |    v.                        )   **AND SENTENCING**
                                 )
14 |
   | DUSTIN CASSADY,              )
15 |                              )
   |         Defendant.           )
16 | _____)
17

18         With the Court's permission, plaintiff United States of America, by and through its

19 counsel, Assistant United States Attorney Matthew Morris, and defendant Dustin Cassady, by

20 and through his attorney, William J. Portanova, hereby stipulate that the date of defendant's

21 sentencing, now set for October 2, 2012, at 9:45 a.m. be continued to October 23, 2012, at 9:45

22 a.m.

23         This brief continuance is necessary so that the parties can continue to address certain

24 matters concerning the Pre-Sentence Report.

25 ///

26 ///

27 ///

28 ///

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED.** | |
| 2 | | |
| 3 | Dated: September 26, 2012 | /s/ William J. Portanova |
| 4 | | _____ |
| 5 | | WILLIAM J. PORTANOVA<br>Attorney for Dustin Cassady |
| 6 | | |
| 7 | Dated: September 26, 2012 | /s/ Matthew G. Morris |
| 8 | | _____<br>MATTHEW G. MORRIS |
| 9 | | Assistant United States Attorney |
| 10 | | |
| 11 | **IT IS SO ORDERED.** | |
| 12 | | |
| 13 | Dated:   9/26/2012 | /s/ John A. Mendez_____ |
| 14 | | THE HON. JOHN A. MENDEZ<br>United States District Court Judge |

PDF created with pdfFactory trial version www.pdffactory.com