WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Dustin Cassady

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-00044-JAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER CONTINUING JUDGMENT** |
| v. | ) | **AND SENTENCING** |
| | ) | |
| DUSTIN CASSADY, | ) | |
| | ) | |
| Defendant. | ) | |

With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant Dustin Cassady, by and through his attorney, William J. Portanova, hereby stipulate that the date of defendant's sentencing, now set for November 13, 2012 at 9:45 a.m. be continued to November 27, 2012 at 9:45 a.m.

This brief continuance is necessary so that the parties can continue to address certain matters concerning the Pre-Sentence Report.

///

///

///

///

**IT IS SO STIPULATED.**

Dated: November 08, 2012          /s/ William J. Portanova
                                  _____
                                  WILLIAM J. PORTANOVA
                                  Attorney for Dustin Cassady

Dated: November 08, 2012          /s/ Matthew G. Morris
                                  _____
                                  MATTHEW G. MORRIS
                                  Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:   11/8/2012                /s/ John A. Mendez_____
                                  THE HON. JOHN A. MENDEZ
                                  United States District Court Judge