| | |
|---|---|
| 1 | WILLIAM J. PORTANOVA, State Bar No. 106193 |
| 2 | Attorney at Law |
| | 400 Capitol Mall, Suite 1100 |
| 3 | Sacramento, CA 95814 |
| | Telephone: (916) 444-7900 |
| 4 | Fax: (916) 444-7998 |
| 5 | Portanova@TheLawOffices.com |
| 6 | |
| | Attorney for Dustin Cassady |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-00044-JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER CONTINUING JUDGMENT** |
| v. | ) | **AND SENTENCING** |
| | ) | |
| DUSTIN CASSADY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant Dustin Cassady, by and through his attorney, William J. Portanova, hereby stipulate that the date of defendant's sentencing, now set for January 15, 2013 at 9:45 a.m. be continued to January 29, 2013, at 9:45 a.m.

    This brief continuance is necessary so that the parties can continue to address certain matters concerning the Pre-Sentence Report.

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED.**

Dated: January 07, 2013 /s/ William J. Portanova

WILLIAM J. PORTANOVA
Attorney for Dustin Cassady

Dated: January 07, 2013 /s/ Matthew G. Morris

MATTHEW G. MORRIS
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 1/7/2013 /s/ John A. Mendez
THE HON. JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com